ANTHONY BARONOWSKY, an Infant, by NELY BARONOWSKY, His Guardian ad Litem, Appellant, v. DAVID SHARFF and Others, as Executors, etc., of SAMUEL J. SILBERMAN, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THOMAS MINK, Appellant, v. WILLIAM J. POWERS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

DORA TAUB, as Administratrix, etc., of SAMUEL TAUB, Deceased, Respondent, v. JOHN D. DICKSON, as Receiver, etc., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted on condition that defendant defray the carfare and living expenses of the plaintiff while attending the trial in Allegany county. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ANNA WAHL, Respondent, v. WILLIAM K. DICK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.

ANDREW KERRIGAN, Respondent, v. METROPOLITAN DISTRIBUTORS, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

REGINALD S. FLEET, Respondent, v. CHARLES H. J. DILG, Appellant.— Order affirmed, with ten dollars costs and disbursements. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. P. ALBERT STILWELL, Appellant, v. JOHN J. HANLEY, as Warden of the City Prison, etc., Respondent.— Order affirmed. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

ELIZABETH McCOLGAN, Appellant, v. HARRY DODDS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.; McAvoy, J., dissenting.

ELIZABETH McCOLGAN, Appellant, v. HARRY DODDS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy and Martin, JJ.; McAvoy, J., dissenting.

ELLEN CAMPBELL, Respondent, v. MARGUERITE FRENZ, Also Known as MARGUERITE CAMPBELL, Appellant, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

FRED S. JAMES & COMPANY, Respondent, v. SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Appeal permitted to be withdrawn on payment of ten dollars costs and disbursements to the respondent, and the matter remitted to the court at Special Term to fix a new date for examination if such examination be now necessary. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.

HENRY M. HUBSHMAN and Another, Copartners, etc., Respondents, v. NATHAN L. DOBLIN and Another, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, McAvoy, Martin and Burr, JJ.